IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
NOV 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:17-CR-00262 LJO/SKO

MARKEITH CANADY

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: MARKEITH CANADY
Detained at: Fresno County Jail
Detainee is:
a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
    charging detainee with: 21 U.S.C. § 2421, 18 U.S.C. § 1952
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on November 15, 2017 @ 8:30 a.m. in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on November 15, 2017 at 8:30 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: Nov 13, 2017

Honorable LAWRENCE J. O'NEILL
Chief U.S. DISTRICT JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: 1302575
Facility Address: Fresno and "M" Street, Fresno, CA
Facility Phone:
Currently

☒Male ☐Female
DOB: 07/15/1982
Race: Black
FBI#:

## RETURN OF SERVICE

Executed on: _____
                (signature)