| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>JEFFREY A. SPIVAK |
| 3 | Assistant United States Attorneys<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKEITH CANADY,<br><br>Defendants. | CASE NO. 1:17-CR-00262-LJO-SKO<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS<br><br>DATE: March 19, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

The United States by and through its counsel of record and Defendant Markeith Canady through his counsel, stipulate as follows:

1. On January 24, 2018, Defendant filed a motion to dismiss the indictment (ECF #10) (the Motion), and set a hearing date for March 19, 2018.

2. The United States seeks until Monday, February 19, 2017 to oppose the Motion. Defendant seeks until Monday, March 5, 2018 to reply to the United States' opposition.

3. The parties stipulate to the above-schedule.

///
///
///
///
///

IT IS SO STIPULATED.

Dated: January 31, 2018    McGREGOR W. SCOTT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: January 31, 2018

By: /s/ SCOTT QUINLAN
SCOTT QUINLAN
Counsel for Defendant Markeith Canady

(Authorized by email 1/31/2018)

ORDER

IT IS SO ORDERED.

Dated: **February 1, 2018**    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE