W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant MARKEITH CANADY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKEITH CANADY,<br><br>Defendant. | No. 1:17-cr-0262-LJO<br><br>**DEFENDANT MARKEITH CANADY'S REQUEST TO SEAL HIS REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO DISMISS FOR VINDICTIVE PROSECUTION AND ORDER**<br><br>DATE: March 19, 2018<br>TIME: 10:30 a.m.<br>PLACE: Honorable Lawrence J. O'Neill |

Defendant Markeith Canady respectfully requests that the Court seal his Reply to the Government's Opposition to His Motion to Dismiss for Vindictive Prosecution (ECF 18). The attachment to that reply includes internal e-mail between defendant's counsel, the United States Attorney's office and co-defendant counsel. Some e-mail addresses were mistakenly not redacted, and although not specifically listed in local rule 140 as a matter to be redacted, some AUSAs have objected in the past to disclosure of their e-mail address. Therefore, Defendant Markeith

///

///

///

1

Canady requests that his reply containing the e-mail addresses of the AUSA and co-counsel previously filed as ECF 18, be ordered sealed.

Dated: February 28, 2018                              Respectfully submitted,


                                              /s/ W. Scott Quinlan
                                              W. Scott Quinlan, Attorney for Defendant
                                               MARKEITH CANADY


## ORDER

Good Cause Appearing:

IT IS HEREBY ORDERED that Defendant's Reply to the Opposition to His Motion to Dismiss for Vindictive Prosecution is sealed, pending further order of the Court.

IT IS SO ORDERED.

Dated: **February 28, 2018**            **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES CHIEF DISTRICT JUDGE