# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:17-CR-00262-LJO-SKO |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS (ECF No. 10)** |
| v. | |
| **MARKEITH CANADAY,** | |
| Defendant. | |

Before the Court for decision is Defendant's motion to dismiss. ECF No. 10. In reviewing the moving, opposition, and reply papers, the Defendant has failed to meet his burden to make a prima facie showing of vindictiveness, through appearance or otherwise. "The exercise of routine or clearly necessary defense motions in the pretrial stage does not meet the threshold for more detailed inquiry and does not suffice to raise the presumption of vindictiveness." *United States v. Gallegos-Curiel*, 681 F.2d 1164, 1169 (9th Cir. 1982). There is nothing whatsoever to contradict that the Government made a reasonable decision to wait to file the Superceding Indictment until the negotiations and investigation were completed. The motion is DENIED.

IT IS SO ORDERED.

   Dated: __**March 2, 2018**__        _____/s/ Lawrence J. O'Neill_____
                                                            UNITED STATES CHIEF DISTRICT JUDGE